**Motion to Reinstate Appeal Granted, Memorandum Opinion filed September 27, 2016, Withdrawn, Appeal Reinstated, Order filed November 10, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00523-CV

———————

### LYNDON MAYBERRY, Appellant

### V.

### KINDER MORGAN CRUDE & CONDENSTATE, LLC, Appellees

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 71532**

## ORDER

On September 27, 2016, this court issued an opinion dismissing this appeal. On October 27, 2016, appellant filed a motion to reinstate the appeal. The motion is **GRANTED**.

This court's opinion filed September 27, 2016, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.** The clerk's record is due 30 days from the date of this order.

PER CURIAM